# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THE ESTATE OF THOMAS E. SCHERTZ; LISA RICHARDSON SCHERTZ (successor in interest), an Individual,<br><br>Plaintiffs,<br><br>vs.<br><br>JACKSON NATIONAL LIFE INSURANCE COMPANY, a Michigan Corporation; GBS INSURANCE & FINANCIAL SERVICES INC.; FLYNN ASSOCIATES; and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 2:19-cv-01926 CJC (SKx)<br><br>**JUDGMENT IN FAVOR OF DEFENDANT GBS INSURANCE AND FINANCIAL SERVICES, INC. fka FLYNN ASSOCIATES**<br><br>Trial Date: None |

On July 19, 2019, the Court granted Defendant GBS Insurance and Financial Services, Inc. fka Flynn Associates' Motion to Dismiss the Second Amended Complaint of Plaintiffs with prejudice. Based on the foregoing, judgment is hereby entered as follows:

1. Plaintiffs The Estate Of Thomas E. Schertz and Lisa Richardson Schertz shall take nothing by way of their claims against Defendant, GBS Insurance and Financial Services, Inc., erroneously sued as GBS Insurance & Financial Services and Flynn Associates.

2. Judgment is entered in favor of Defendant GBS Insurance and Financial Services, Inc., erroneously sued as GBS Insurance & Financial Services and Flynn Associates and against Plaintiffs the Estate Of Thomas E. Schertz and Lisa Richardson Schertz.

**IT IS SO ORDERED.**

DATED: July 26, 2019

Cormac J. Carney
United States District Court Judge