JS-6

FILED
CLERK, U.S. DISTRICT COURT
9/23/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF THOMAS E. SCHERTZ and LISA RICHARDSON SCHERTZ,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>JACKSON NATIONAL LIFE INSURANCE COMPANY, *et al.*<br><br>　　　　Defendants. | Case No.: CV 19-01926-CJC(SKx)<br><br>JUDGMENT |

//
//
//
//
//
//

-1-

This matter came before the Court on the parties' cross motions for summary judgment. (Dkts. 42, 45.) On September 23, 2020, the Court granted Defendant Jackson National Life Insurance Company's motion for summary judgment and denied Plaintiffs' motion for partial summary judgment. In accordance with the Court's Order, **IT IS HEREBY ORDERED** that judgment is entered in favor of Defendant and against Plaintiffs on Plaintiffs' complaint. Plaintiffs shall take nothing on their complaint against Defendant.

DATED:   September 23, 2020

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE